IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD McINTYRE, | 1:07-cv-001422 OWW-WMW (PC) |
| Plaintiff, | ORDER TO SUBMIT NEW APPLICATION TO PROCEED IN FORMA PAUPERIS **OR** PAY FILING FEE WITHIN THIRTY (30) DAYS |
| vs. | |
| McGUINNESS, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, plaintiff's application to proceed in forma pauperis was deficient as follows:

The application did not include the required original signature by an authorized officer of the institution of incarceration.  28 U.S.C. § 1915(a)(2).

Plaintiff will be provided the opportunity to submit a new application to proceed in forma pauperis **or** to pay the $350.00 filing fee.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send plaintiff the form for application to proceed in

-1-

1  forma pauperis.

2      2. Within thirty (30) days of the date of service of this order, plaintiff shall submit

3  a completed application to proceed in forma pauperis or in the alternative, to pay the $350.00

4  filing fee for this action. Failure to comply with this order will result in a recommendation that

5  this action be dismissed.

6  IT IS SO ORDERED.

7  **Dated:**   October 1, 2007        /s/  **William M. Wunderlich**
                                                 UNITED STATES MAGISTRATE JUDGE